UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 19, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JEANNE SPAICH, ) <br> ) <br> Defendant. ) | Case No. CR.S-08-0440-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JEANNE SPAICH, Case No. CR.S-08-0440-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of: $

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

     X    (Other) <u>Conditions as previously stated on the record.</u>

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09/19/08   at  2:37pm.

By _____
/Edmund F. Brennan
United States Magistrate Judge