THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
555 CAPITOL MALL 6TH FLOOR SUITE 600
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
JEANNE SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                        ) | NO. CR.S-08-440-JAM |
|             Plaintiff,                 ) | |
|                                        ) | STIPULATION AND ORDER AFTER |
|      v.                                ) | HEARING; ORDER ON |
|                                        ) | EXCLUSION OF TIME |
|                                        ) | |
|                                        ) | Date: November 18, 2008 |
| JEANNE SPAICH,                         ) | Time: 9:30 a.m. |
|             Defendant.                 ) | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, ROBERT MILLER HOLLEY, Esq. Attorney for defendant, that the present date for the status hearing of October 22, 2008 be vacated and re calendared for November 18, 2008.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel will soon receive a large volume of discovery and will be researching for motions to file.

Accordingly, all counsel and defendant agrees that time under the Speedy Trial Act from the date this stipulation is lodged, through November 18, 2008 should be excluded in computing the time within which

Stip and Order to November 18  2008

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 14, 2008.          Respectfully submitted,

                              MARK J. REICHEL, ESQ.

                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for defendant
                              JEANNE SPAICH

                              ROBERT MILLER HOLLEY, ESQ.

                              /s/ MARK J. REICHEL
                              For ROBERT MILLER HOLLEY
                              Attorney for defendant
                              GAVIN SPAICH

                              McGREGOR W.  SCOTT
                              United States Attorney

DATED: October 14, 2008.          /s/MARK J. REICHEL for:
                              JASON HITT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 14, 2008.
                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court