THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
555 CAPITOL MALL 6TH FLOOR SUITE 600
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
JEANNE SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-08-440-JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | ORDER ON |
| ) | EXCLUSION OF TIME |
| ) | |
| ) | Date: December 16, 2008 |
| JEANNE SPAICH, ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, ROBERT MILLER HOLLEY, Esq. Attorney for defendant, that the present date for the status hearing of November 18, 2008 be vacated and re calendared for December 16, 2008 at 9:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel will soon receive a large volume of discovery and will be researching for motions to file.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through December 16, 2008 should be excluded in computing the time within which

Stip and Order to December 16  2008

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 13, 2008.     Respectfully submitted,

                                         MARK J. REICHEL, ESQ.

                                         /s/ MARK J. REICHEL
                                         MARK J. REICHEL
                                         Attorney for defendant
                                         JEANNE SPAICH

                                         ROBERT MILLER HOLLEY, ESQ.

                                         /s/ MARK J. REICHEL
                                         For ROBERT MILLER HOLLEY
                                         Attorney for defendant
                                         GAVIN SPAICH

                                         McGREGOR W.  SCOTT
                                         United States Attorney

DATED: November 13, 2008.     /s/MARK J. REICHEL for:
                                         STEVE LAPHAM
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: 11/13/2008

                                         /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         United States District Court