THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
555 CAPITOL MALL 6TH FLOOR SUITE 600
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
JEANNE SPAICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | NO. CR.S-08-440-JAM |
|            Plaintiff,           ) | |
|                                 ) | STIPULATION AND ORDER AFTER |
|      v.                         ) | HEARING; ORDER ON |
|                                 ) | EXCLUSION OF TIME |
|                                 ) | |
|                                 ) | Date: January 20, 2009 |
| JEANNE SPAICH,                  ) | Time: 9:30 a.m. |
|            Defendant.           ) | Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, STEVEN LAPHAM, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, ROBERT MILLER HOLLEY, Esq. Attorney for defendant, that the present date for the status hearing be vacated and re calendared for January 20, 2008 at 9:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel will soon receive a large volume of discovery and will be researching for motions to file.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 20, 2008 should be excluded in computing the time within which

Stip and Order

trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 15, 2008.        Respectfully submitted,

                                        MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant
JEANNE SPAICH

ROBERT MILLER HOLLEY, ESQ.

/s/ MARK J. REICHEL
For ROBERT MILLER HOLLEY
Attorney for defendant
GAVIN SPAICH

McGREGOR W. SCOTT
United States Attorney

DATED: December 15, 2008.        /s/MARK J. REICHEL for:
STEVE LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: December 15, 2008.        /s/ John A. Mendez
                                                  JOHN A. MENDEZ
United States District Court