| | |
|---|---|
| 1 | MARK J. REICHEL, Bar #155034 |
| 2 | THE LAW OFFICES OF MARK J. REICHEL<br>455 Capitol Mall, 3rd Floor Suite 350 |
| 3 | Sacramento, California 95814<br>Telephone: (916) 498-9258 |

MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 Capitol Mall, 3rd Floor Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258

Attorney for Defendant
JEANNIE SPAICH

**FILED**

MAR 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   Case No. CR.S-08-440-JAM
              Plaintiff,             )
                                     )
     v.                              )   **STIPULATION AND ORDER TO**
                                     )   **CONTINUE STATUS CONFERENCE**
                                     )
                                     )   Date: MARCH 17, 2009
JEANNIE SPAICH                       )   Time: 8:30
                                     )   Judge: Hon. John A. Mendez
              Defendant.             )

---

The parties hereto agree to re calendar the status conference presently scheduled for February 24, 2009 in this case, and re set the matter for March 17, 2009. In that time, defense counsel will continue to evaluate the discovery provided, conduct necessary legal research, engage in negotiations with the United States, and interview potential witnesses in the case.

Based upon the foregoing, the parties agree to an exclusion of time in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Stip and Order

Respectfully submitted,

Dated: February 24, 2009            /s/ Mark J. Reichel

                                                MARK J. REICHEL
                                                Attorney for Defendant
                                                JEANNIE SPAICH


                                                /S/Mark J. Reichel for

DATED: February 24, 2009            ROBERT MILLER HOLLEY
                                                Attorney for Defendant
                                                GAVIRILO SPAICH

                                                LAWRENCE BROWN
                                                UNITED STATES ATTORNEY

                                                /s/ Mark Reichel

                                                By STEVEN LAPHAM
                                                ASSISTANT U.S. ATTORNEY

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

Dated: 3-16-2009                    _____
                                        HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE