BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> JEANNE SPAICH,                  )<br>                                 )<br>            Defendants.          )<br>_____) | CR. NO. S-08-440 JAM<br><br>GOVERNMENT'S MOTION TO<br>DISMISS INDICTMENT AS TO<br>JEANNE SPAICH |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing the above-captioned indictment as to defendant Jeanne Spaich only.

This motion is based on the plea agreement entered into with the defendant's father, Gavrilo Spaich, in which the United States agreed to dismiss the indictment against Jeanne Spaich.

DATED: July 15, 2011

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney

1

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 5542724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,              )<br>                                   )<br>     v.                            )<br>                                   )<br> JEANNE SPAICH,                    )<br>                                   )<br>          Defendants.             )<br> _____) | CR. NO. S-08-440 JAM<br><br>ORDER DISMISSING<br>INDICTMENT AS TO<br>JEANNE SPAICH ONLY |

Based on the the government's motion to dismiss the indictment against Jeanne Spaich

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to Jeanne Spaich only.

DATED: 7/18/2011

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge

2